# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jayme Ptaschnik**<br>DOB: 1991; United States Citizen<br>**Saphara Lynn Anderson**<br>DOB: 1981; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>**20-03175MJ** |

Complaint for violation of Title 18, United States Code, Section 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Between or about April 24, 2020, and May 7, 2020, in the District of Arizona, Jayme Ptaschnik and Saphara Lynn Anderson knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 1,800 rounds of .45 Colt caliber ammunition and 4,000 rounds of .38 Super caliber ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On April 24, 2020, Jayme Ptaschnik and Saphara Lynn Anderson received a shipment consisting of 1,800 rounds of .45 Colt caliber ammunition at the apartment at which they resided in Tucson, Arizona. On April 27, 2020, Ptaschnik and Anderson received an additional shipment consisting of 4,000 rounds of .38 Super caliber ammunition at this residence. Both shipments were addressed to a fictitious name. After Ptaschnik and Anderson received the ammunition, they stored it in their residence until another individual drove Ptaschnik and the ammunition to Nogales, Arizona, where the ammunition was delivered to a third individual and subsequently smuggled into Mexico.

On May 7, 2020, Ptaschnik and Anderson were each interviewed by Homeland Security Investigations Special Agents regarding a pending shipment of ammunition to their apartment. Ptaschnik admitted to receiving the shipments of ammunition in April and stated she was paid $40 per box of ammunition that she received and delivered to Nogales, Arizona. Ptaschnik stated she knew the ammunition would ultimately be smuggled into Mexico. Ptaschnik stated she was hired by an individual in Nogales, Sonora, Mexico, to take part in this smuggling offense. Anderson admitted to having assisted Ptaschnik in storing the ammunition in their apartment, knowing that it would ultimately be smuggled into Mexico.

The ammunition which Ptaschnik and Anderson received, concealed, transported, and transferred to another individual in facilitation of the smuggling offense qualifies as United States Commerce Control List items and therefore is prohibited by law for export from the United States into Mexico without a valid license. Neither Ptaschnik, Anderson, nor any other individual involved in the smuggling offense had a license or any other lawful authority to export the ammunition from the United States into Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA *Angela W. Woolridge*<br>ANGELA WOOLRIDGE Digitally signed by ANGELA WOOLRIDGE Date: 2020.12.29 16:34:19 -07'00'<br><br>**Sworn by telephone  x** | SIGNATURE OF COMPLAINANT<br>CLINTON P FORTE Digitally signed by CLINTON P FORTE Date: 2020.12.29 18:06:57 -07'00'<br><br>OFFICIAL TITLE<br>HSI Special Agent Clinton Forte |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Leslie A. Bowman* | DATE<br>December 30, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

CC: USM, AUSA, PTS